AO 455(Rev. 5/85) Waiver of Indictment

FILED

MAY 29 2008

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| RIGOBERTO VENTURA-SALVADOR | CASE NUMBER: 08CR1740-IEG |

I, <u>RIGOBERTO VENTURA-SALVADOR</u>, the above named defendant, who is accused of committing the following offense:

~~Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony);~~ Title 18 U.S.C. 1001, False Statement - Felony.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/29/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Rigoberto Ventura
Defendant

/s/ Laura Pelez
Counsel for Defendant

Before /s/
JUDICIAL OFFICER